

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-24-00555-CR

**IN RE** Aaron **POUCH**, Relator

Original Proceeding[1]

**ORDER**

Relator Aaron Pouch has filed a petition for writ of mandamus, complaining that the trial court failed to give him the proper jail-time credit for time he has served and failed to rule on three motions for judgment *nunc pro tunc*, which he filed in the trial court. Pouch requests an order directing the trial court to grant him an additional 640 days of jail-time credit. In accordance with this court's opinion of this date, we **DENY** the petition.

It is so **ORDERED** on October 16, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. B19843, styled *The State of Texas v. Aaron Pouch*, in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.